## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**REBECCA A. MASSEY**

**PLAINTIFF**

VS.

**CIVIL ACTION NO. 1:13-cv-90 LG-JMR**

**CREDIT ACCEPTANCE CORPORATION;**
**WYNN'S EXTENDED CARE, INC.; AND**
**JOHN DOES 1010**

**DEFENDANTS**

## CORPORATE DISCLOSURE STATEMENT
## OF WYNN'S EXTENDED CARE, INC.

**COMES NOW** Wynn's Extended Care, Inc., by and through its counsel of record, and

pursuant to Federal Rule of Civil Procedure 7.1 and Uniform District Court Rule 7(c) makes its

corporate disclosure as follows, to-wit:

1.   There are no parent corporations of Wynn's Extended Care, Inc.;

2.   There is no publicly held corporation that owns 10% or more of Wynn's Extended

Care, Inc.

Respectfully submitted, this the 28th day of March, 2013.

WYNN'S EXTENDED CARE, INC.

By: COPELAND, COOK, TAYLOR & BUSH, PA

By: /s/ William L. McDonough, Jr.
         WILLIAM L. McDONOUGH, JR.
         MSB No. 2414

Copeland, Cook, Taylor & Bush, P.A.
Post Office Box 10
Gulfport, Mississippi 39502-0010
228-863-6101
228-863-1844 (fax)
wmcdonough@cctb.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing pleading or other paper with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Mark H. Tyson
Thomas E. Vaughn

Further, I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participants:

None

So certified, this the 28th day of March, 2013.

/s/ William L. McDonough, Jr.
WILLIAM L. McDONOUGH, JR.
MSB No. 2414